**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:**<br><br>**ORLANDO SOTO SONERA**<br><br><br>**Debtor** | **CASE NO.  14-03925 BKT**<br>**Chapter 13** |
| **JOSE FELICIANO**<br><br>**Plaintiff**<br>**vs.**<br><br>**ORLANDO SOTO RIVERA**<br><br>**Defendant** | **Adversary No. 14-00264 BKT**<br><br><br>**FILED & ENTERED ON 03/25/15** |

## ORDER

Before this Court is the Motion to Dismiss [Dkt. No. 19] filed by Orlando Soto Rivera ("Defendant" or "Mr. Soto"), and Response to Defendant's Motion to Dismiss [Dkt. No. 21] filed by Jose A. Feliciano ("Plaintiff" or "Mr. Feliciano"). For the reasons stated herein, the Defendant's Motion to Dismiss [Dkt. No. 19] is DENIED.

In his Motion to Dismiss, Defendant alleges that Plaintiff did not comply with the Federal Rule of Civil Procedure's service requirements. In the alternative, Defendant argues that Plaintiff did not timely commence its action for relief under section 523(c) of the Bankruptcy Code. Defendant filed for relief under Chapter 13 of the Bankruptcy Code on May 15, 2014. Defendant

1

scheduled Plaintiff as an unsecured creditor. Furthermore, Defendant duly notified creditors of the bankruptcy case's filing, the date of the initial 341 meeting, and the deadline to file objections to the discharge and to the dischargeability of debts. On June 17, 2014, the 341 meeting of creditors was held. The court set the deadline to file objections to the discharge and dischargeability of debts for August 18, 2014. On July 11, 2014, Plaintiff filed his Objection to Discharge of Debt Under Bankruptcy Case 14-03925 [Case No. 14-03925, Dkt. No. 11]. On September 2, 2014, the court denied said motion without prejudice for failure to comply with Fed. R. Bankr. P. 7001. On September 24, 2014, Plaintiff filed an Amended Complaint Objecting to Discharge of Debtor [Case No. 14-03925, Dkt. No 27].

At the confirmation hearing held on October 23, 2014, the court denied without prejudice the Plaintiff's Amended Complaint Objecting to Discharge of Debtor [Case No. 14-03925, Dkt. No 27], and ordered the Plaintiff to present his objection by December 18, 2014 through an adversary proceeding [Case No. 14-03925, Dkt. No 30]. The Defendant was present at such hearing and did not object. Furthermore, the Defendant did not file an objection or reconsideration of the court's order. Therefore, the Defendant's argument concerning the deadline for filing a non-dischargeability complaint is denied.

Regarding the Defendant's arguments on service of the Amended Complaint [Dkt No. 7], the court takes notice that a summons was not issued for service together with the Amended Complaint in accordance with Fed. R. Civ. P. 4(b) & (c)(1). Pursuant to Fed. R. Civ. P. 4(m), the defendant must be served within one hundred twenty (120) days after the complaint is filed or the court may order that service be made within a specified time. Therefore, the court hereby orders Plaintiff to serve upon Defendant an official summons, together with a copy of the

2

captioned amended complaint within thirty (30) days of this order. Plaintiff should note that once Defendant is served, proof of service must be filed pursuant to Fed. R. Civ. P. 4(i).

Lastly, the Defendant's arguments based on the service of the original complaint are disregarded, as an amended complaint has been filed.

WHEREFORE, IT IS ORDERED that Defendant's Motion to Dismiss is DENIED. Plaintiff to serve upon the Defendant an official summons, together with a copy of the Amended Complaint [Dkt. No. 7] within thirty (30) days of this order, and file proof of service thereafter.

In San Juan, Puerto Rico this 25th day of March, 2015.

Brian K. Tester
U.S. Bankruptcy Judge

3